UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BREANNE TOBEN,

    Plaintiff,

v.                                                                              Case No.: 2:21-cv-12293-SFC-APP

RED HOUSE MEDICAL BILLING MI LLC,           Honorable Sean F. Cox
JEFF HILLAM, A MARRIED MAN

    Defendants.

_____/

**AMENDED JUDGMENT**

For the reasons set forth in an Opinion and Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Plaintiff, Breanne Toben, and against Defendants Red House Medical Billing MI LLC and Jeff Hillam. Plaintiff shall be awarded her attorneys' fees of $13,450, and $28.44 in non-taxable costs.

Dated: August 26, 2022                                  s/Sean F. Cox
                                                                        Sean F. Cox
                                                                        U. S. District Judge